07-CV-05220-ORD

FILED _____ LODGED
_____ RECEIVED

MAY 24 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

_____ FILED _____ LODGED
_____ RECEIVED

MAY 3 0 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACY K. KENDALL, QUI TAM PLAINTIFF, for and on behalf of the United States of America,

Plaintiff,

vs.

CHIEF LESCHI SCHOOL, INC., the
PUYALLUP TRIBE of INDIANS,

Defendants

NO. C07 5220 RLS

ORDER SEALING
FILE

**THIS MATTER** coming on regularly for hearing before the above entitled court upon the motion of the Qui tam Plaintiff, Tracie K. Kendall, by and through her attorney of record, Douglas R. Cloud, pursuant to 31 USC 3037 for an order sealing the file herein; and the court having considered the motion and being familiar with the statute which is cited in the Motion it is now hereby;

**ORDERED, ADJUDGED AND DECREED** as follows:

1.    The Complaint shall be filed in camera,

2.    The Complaint shall be remain under seal for at least sixty (60) days, and

3.    The Complaint shall not be served on the defendant until court so orders.

**DONE IN OPEN COURT** this 30th day of May, 2007.

JUDGE RONALD B. LEIGHTON

ORIGINAL

ORDER SEALING
FILE- 1 OF 2

LAW OFFICE OF DOUGLAS R. CLOUD
901 South "I" St., Ste. 101
Tacoma, Washington 98405
Phone: 253-627-1505  Fax: 253-627-8376

1    Presented by:

2    **LAW OFFICE OF DOUGLAS R. CLOUD**

3

4

    **DOUGLAS R. CLOUD, WSBA #13456**

5    Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER SEALING**
**FILE- 2 OF 2**

**LAW OFFICE OF DOUGLAS R. CLOUD**
901 South "I" St., Ste. 101
Tacoma, Washington 98405
Phone: 253-627-1505  Fax: 253-627-8376